IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

AUSTEN FOMONYUY YUFENYUY
   a/k/a "Iceman"
   a/k/a "Ice"

NO. 3:19-MJ-349 BK

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for detention of defendant, **Austen Fomonyuy Yufenyuy, a/k/a "Iceman," a/k/a "Ice**," pursuant to 18 U.S.C. §§ 3141(a) and 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    __X__ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

_____ Petition for Supervised Release Revocation was filed

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X_ Defendant's appearance as required

    __X_ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/<u>will not</u> invoke the rebuttable presumption against defendant because (check one or both):

    _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

    _____ Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

\_\_\_\_ At first appearance

  X   After continuance of 3 days (not more than 3).

DATED this  19th  day of April 2019.

>
> Respectfully submitted,
>
> ERIN NEALY COX
> UNITED STATES ATTORNEY
>
> /s/ Paul Yanowitch
> PAUL YANOWITCH
> Assistant United States Attorney
> Illinois State Bar No. 6188269
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242-1699
> Telephone: 214-659-8600
> Facsimile:  214-659-8812
> Email Paul.Yanowitch@usdoj.gov

U.S. Motion for Detention (A. Yufenyuy) – p. 3

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2019, I filed the foregoing Government's Motion for Pretrial Detention with the Clerk of Court for the United States District Court for the Northern District of Texas. I also certify that on this same date, I hand delivered a copy of the Motion to counsel who represented the defendant at the Initial Appearance.

PAUL YANOWITCH
Assistant United States Attorney